IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORENDA DAVIS, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 11-00014-RGA |
| LYONS, DOUGHTY & VELDHUIS, P.A., | : |
|         Defendant. | : |

## ORDER

Before this Court is Lyons, Doughty & Veldhuis, P.A.'s Motion to Dismiss. (D.I. 6). For the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED:

The Motion to Dismiss is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE.**

Entered this 17th day of April, 2012.

                                                 /s/ Richard G. Andrews
                                               United States District Judge